**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-00141-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| EDUARDO AUGUSTINE CASTILLO-LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has moved for a reduction of his sentence pursuant to Amendment 782 to the United States Sentencing Guidelines. Amendment 782 is not yet in effect and will not become effective until November 1, 2014, assuming the United States Congress does not act before that time to disapprove the amendment. Accordingly, the defendant's motion for relief based on Amendment 782 is premature and is therefore **DENIED WITHOUT PREJUDICE.**

DATED: This 15th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE